**DeAngelo Lamont THOMAS, Appellant,**

v.

**Alford NORTHERN; Gary Rusher; Ray Hopper; Stephan Clark; Danny Kirkman; Jonathan Rice; Robert Hooper; Missouri Department of Corrections, Appellees.**

No. 09–3799.

United States Court of Appeals, Eighth Circuit.

Submitted: June 22, 2010.

Filed: June 30, 2010.

Before MELLOY, BOWMAN, and SMITH, Circuit Judges.

PER CURIAM.

In this pro se appeal, Missouri inmate DeAngelo Lamont Thomas challenges the district court's [1] adverse grant of summary judgment in his 42 U.S.C. § 1983 suit alleging that the use of pepper spray on him amounted to excessive force. Having carefully reviewed the record de novo, *see Nelson v. Shuffman,* 603 F.3d 439, 445 (8th Cir.2010) (standard of review), we agree with the district court that the one-time use of pepper spray in these circumstances—Thomas was refusing orders to stop behavior that was deemed to present a security risk—did not violate the Eighth Amendment. Accordingly, we affirm the district court's judgment, *see* 8th Cir. R. 47B; and we deny Thomas's petition for a writ of prohibition.

1. The Honorable Stephen N. Limbaugh, Jr., United States District Judge for the Eastern District of Missouri.